UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LAUREL HILBERT, *on behalf of himself and all others*              :
*similarly situated*,                                              :
                                                                   :
                                        Plaintiff,                 :          24-CV-9926 (JMF)
                                                                   :
              -v-                                                  :               ORDER
                                                                   :
HOTUSA GROUP,                                                      :
                                                                   :
                                        Defendant.                 :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

        SO ORDERED.

Dated: January 2, 2025
       New York, New York                          _____
                                                        JESSE M. FURMAN
                                                     United States District Judge